# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *County of Alcona, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45340 | Judge Dan Aaron Polster |
| *County of Alger, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45360 | |
| *County of Alpena, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45871 | |
| *County of Antrim, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45354 | |
| *County of Arenac, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45341 | |
| *County of Baraga, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45361 | |
| *County of Benzie, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45356 | |
| *County of Berrien, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45887 | |
| *County of Cass, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45868 | |
| *County of Charlevoix, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45897 | |
| *Chippewa, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45066 | |

*County of Clinton, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45889

*County of Crawford, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45105

*Delta, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45067

*City of Detroit, Michigan, A Municipal Corporation v. Purdue Pharma L.P., et al.*, No. 1:18-op-45084

*Dickinson, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45342

*City of East Lansing, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45902

*Escanaba, City of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45068

*Genesee, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45083

*Grand Rapids, City of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45406

*Grand Traverse, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45056

*County of Gratiot, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45339

*County of Hillsdale, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45355

*County of Houghton, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45866

*County of Ingham, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-46178

*County of Iosco, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45343

*County of Iron, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45888

*City of Iron Mountain v. Purdue Pharma L.P., et al.*, No. 1:18-op-45344

*County of Isabella, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45349

*City of Jackson, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45904

*County of Kent, Michigan v. Purdue Pharma L.P., et al.*, No. 1:19-op-45000

*County of Lake, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45366

*Lansing, City of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45054

*Leelanau, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45111

*County of Lenawee, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45351

*County of Luce, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45362

*Macomb, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45085

*Manistee, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45113

*Marquette, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45104

*Mason, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45112

*County of Montcalm, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45865

*County of Montmorency, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45347

- 3 -

*County of Newaygo, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-46187

*County of Oceana, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45359

*County of Ogemaw, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45348

*County of Ontonagon, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45893

*County of Osceola, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45357

*County of Otsego, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45345

*County of Presque Isle, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45894

*County of Roscommon, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45102

*Saginaw, County of v. Purdue Pharma L.P., et al.*, No. 1:18-op-45082

*County of Sanilac, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45352

*City of Sault Ste. Marie, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45928

*County of Shiawassee, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45350

*County of St. Clair, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45896

*City of Traverse City, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45901

*County of Tuscola, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45870

*County of Washtenaw, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45886

*City of Westland, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45903

*County of Wexford, Michigan v. Purdue Pharma L.P., et al.*, No. 1:18-op-45364

## STIPULATION

Plaintiffs in the above-captioned actions ("Plaintiffs") and Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, and David Sackler ("Individual Former Directors"), and Beverly Sackler, Richard Sackler, and Jonathan Sackler in their alleged capacity as trustees ("Alleged Trustees") of the alleged "Trust for the Benefit of Members of the Raymond Sackler Family" ("Alleged Trust"), by and through their undersigned counsel, submit this Stipulation and state as follows:

WHEREAS Plaintiffs filed these actions against the Individual Former Directors and the Alleged Trust by filing Short Forms for Supplementing Complaint and Amending Defendants and Jury Demand ("Amended Complaints") in the multidistrict litigation *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) ("MDL proceeding"); and

WHEREAS all responsive pleading deadlines for actions in the MDL proceeding other than those referenced in paragraphs 2 or 3 of CMO-1 [ECF No. 232] are stayed pending further court order;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and the undersigned counsel for the Individual Former Directors and the Alleged Trustees that:

1.     The undersigned counsel for the Individual Former Directors and the Alleged Trustees agree to and hereby accept service of Plaintiffs' Amended Complaints in these actions and certify that they are authorized to do so;

2.     The deadline for the Individual Former Directors and the Alleged Trustees to move or plead in response to Plaintiffs' Amended Complaints shall be sixty (60) days from entry of an order lifting the stay as to responsive pleadings in cases not referenced in paragraphs 2 or 3 of CMO-1, or such other date as the court in the MDL proceeding may order, whichever is later;

3.     In the event that any of the above-captioned actions are transferred from the MDL proceeding to the federal district court in which such action was originally filed or transferred from the MDL proceeding to another federal district court, the deadline for the Individual Former Directors and the Alleged Trustees to move or plead in response to the applicable Amended Complaint(s) shall be sixty (60) days from entry of the transfer order, or such other date as the court to which such action was transferred may order, whichever is later; and

4.     By entering into this Stipulation, Plaintiffs agree that the Individual Former Directors and the Alleged Trustees neither submit to the jurisdiction of this Court or any court in which any of the above-captioned actions was originally filed nor waive any defense, including lack of personal jurisdiction and improper party.  The Individual Former Directors and the Alleged Trustees waive only the defenses of insufficient process and insufficient service of process.

DATED: June 25, 2019

/s/_____

Paul J. Pennock
Ellen Relkin
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel: (212) 558-5549
Fax: (212) 344-5461
Email: ppennock@weitzlux.com
Email: erelkin@weitzlux.com

Attorneys for Plaintiffs

DATED: June 25, 2019


/s/_____

Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
**ZEIGER, TIGGES & LITTLE LLP**
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
Email: parsell@litohio.com
Email: brough@litohio.com

Attorneys for Richard Sackler, Jonathan Sackler,
Mortimer D.A. Sackler, Kathe Sackler, Ilene
Sackler Lefcourt, Beverly Sackler, Theresa Sackler,
and David Sackler ("Individual Former Directors"),
and Beverly Sackler, Richard Sackler, and Jonathan
Sackler in their capacity as "Alleged Trustees" of
the alleged "Trust for the Benefit of Members of the
Raymond Sackler Family"

- 7 -