**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>Case No. 1:18-op-45340-DAP<br><br>ALCONA COUNTY,<br><br>            Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>            Defendants. | MDL No. 2804<br><br>Case No. 1:18-op-45340-DAP<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

COMES NOW ALCONA COUNTY ("Plaintiff"), by and through its counsel, gives Notice of Voluntary Dismissal of Defendant(s), CVS Health Corporation and Woodward Detroit CVS, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice is appropriate as Plaintiff is filing it before CVS Health Corporation and Woodward Detroit CVS, LLC has served either its Answer or motion for summary judgment. This dismissal is with prejudice and is effective immediately upon filing of this Notice.

The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiff's claims against other Defendants included in the complaint docketed as Case No. 1:18-op-45340-DAP.

Dated: June 8, 2021

Respectfully submitted,

*/s/ Paul F. Novak*
Paul F. Novak (P39524)
**WEITZ & LUXENBERG, P.C.**
719 Griswold, Suite 620
Detroit, MI 48226
Tel: (313) 800-4170
Email: pnovak@weitzlux.com

Michael E. Pederson (MP4363)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY  10003
Tel.:  (212) 558-5591
Email: mpederson@weitzlux.com

Ellen Relkin (ER-9536)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY  10003
Tel: (212) 558-5500
Email: erelkin@weitzlux.com

*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of June, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

*/s/ Paul F. Novak*
Paul F. Novak